Form 3A
(10/05)

# United States Bankruptcy Court

_Northern_ _____ District Of _____ Illinois _____

In re _Roberto Melendez_ _____ ,

_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_ Debtor

Case No. _____

Chapter    _13_____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ _274.00_ in installments.

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full. I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

$ _68.50_ ____   Check one ☐   With the filing of the petition, or
              ☑   On or before _12-05-2007_

$ _68.50_ ____   on or before _1-05-2007_

$ _68.50_ ____   on or before _2-05-2007_

$ _68.50_ ____   on or before _3-05-2007_

# FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

NOV - 5 2007

KENNETH S. GARDNER, CLERK
**PS REP. - MBM**

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          _____
Signature of Attorney        Date          Signature of Debtor          Date
                                           (In a joint case, both spouses must sign.)

_____          _____
Name of Attorney                           Signature of Joint Debtor (if any)        Date

Form 3A Contd.
(10/05)

# United States Bankruptcy Court

_Northean_ District Of _____ Illinois

In re _Roberto Melendez_,
_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_ Debtor

Case No. _____

Chapter _13_

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one ☐    With the filing of the petition, or
                              ☐    On or before _____

$ _____    on or before _____

$ _____    on or before _____

$ _____    on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: NOV 0 5 2007

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

_____
Kenneth S. Gardner Clerk of the Court